# optimum.

optimum.net                                617-3500

```
06/05/15  11AM-2PM      INSTALL    JENSEN    PAUL
/DUAL        SALES ID 551
HM# 9089176989 BS#
TEC$ 5929  JOB 2A START 12:30 ENDTIME 1:04 MONTHLY SERVICE CHGS EXCLUDE
R/A: Y/N  TECH$ 59.19 JOB$ 2A          TAXES, FEES, EQUIP., PARTIAL MO.CHGS
         PENDING SERVICES              AND APPLICABLE DISCOUNTS.$ 110.88
  1X 1 Free OV/OOL Ins    S7 1 Prmry Conn-Wired   ONE-TIME INSTALL CHARGES    $  39.S
  3P 1 TP&SV-Preferred    SU 1 Spt&TV Surcharge   BAL DUE AT INSTALL $ 150.83
  4$ 1 ConnectCr$39.95    U5 1 Ultra 50 Install   ADD OUTLETS OVER 3 $14.95 EA
  4D 1 Use ExistingWire   UN 1 Ultra 50 Promo     TOTAL A/O OVER 3     X
  4Q 1 OOLProInstW/Vid    UT 1 Bring Router       CUSTOMER INITIALS:
  4U 1 Bring Modem        WJ 1 TP-Track24mo ACQ  |WRITE HFC MAC ID     |
  67 3 Bring HD Box                              |INSIDE THIS SQUARE   |
  6A 1 WB-TB-MR-DVR300                           |       AND           |
  7V 1 WB-TB-OV DS&OB                            |PLACE NEW MODEM      |
  A0 1 PPOF                                      |STICKER HERE         |
  5O 1 TP-Save OOL                               |                     |
  O$ 1 OOL Modem Fee                             |                     |
  04 2 Addl Outlet Inst                          |_____|
    ()        ()          ()          ()          ()
    ()        ()          ()          ()          ()
    ()        ()          ()          ()          ()
    ()        ()          ()          ()          ()
    ()        ()          ()          ()          ()
    ()        ()          ()          ()          ()

  iO Preferred         ** 3 HDMI(Rates>)   Add UltraRes        ConnectToExistWiring
  Rec Primary Video    Install A/O         ** Modem            Install OV
  2 Add'l Outlet(Acq)  InstRtr             Certify Drop

CONVRTRS:ADD 3  REMOVE 0   OH:UG O    |WIP:NEW              Confirmation
MODEMS : ADD 1  REMOVE 0   FT AREA:66 |                     # 0187SC1742
NDS CRDS:ADD 1  REMOVE 0   TVR: A 0   |
GROUND:   0  POLE# 0  RT:00760MAP: 28J|SI:Ring Bell
AMPERAGE: 0.17        TAP: 0          |
DROP CERT:B/E HHC B/E/NA TRP COL/BB/NA|
WORK PTS:26  CONSTR:N                 |H/C
TAG:WTMB210 NEW TAG: WTMB210          |
CENSUS:33A106 NODE        RX        TX        CNR
LVLS:C1  C12  C54  C91  C117  C127  C136  ChAP  B/E/MODEM/TAP/CBLE
STATUS: COMP/RESCH/NOT DONE/CANCELLED
COMMENTS: Installed 3 boxes ov ool modem and a router
MT ZIP:
CUST ID/TYPE:
```

**OPTIMUM VOICE CUSTOMERS**

**E911 NOTIFICATION.** In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or in the event of an outage or other disruption to the cable network or facilities, you will not have E911 service. If you relocate the modem to a different address, you must notify Cablevision in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.

**CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS.** You acknowledge that Cablevision does not support the use of any Optimum Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). You acknowledge that it is your sole responsibility to contact your authorized central station monitoring provider to test and verify that your security or alarm system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your system and its functionalities.

**CUSTOMER ACCEPTANCE**
Please confirm your satisfaction with installation/repair of the Optimum product/service(s) and verify all equipment prior to signing this document. Please note, charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms and conditions (i.e. length of promotion, required documentation) provided at time of sale. **BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON BOTH SIDES OF THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE ON THE BACK, HAS BEEN READ AND AGREED TO.**

Signed _____  Date 6/5/15  QC _____  Tech Initials _____

EXHIBIT A

# GENERAL TERMS AND CONDITIONS OF SERVICE

In addition to these General Terms and Conditions of Service, Subscriber agrees to be bound by the terms of service for the applicable Optimum service as set forth at www.optimum.net, such as Optimum TV, Optimum Online and Optimum Voice, as well as the Cablevision Customer Privacy Notice, as such may be updated from time to time (collectively, the "Terms of Service"), which are incorporated herein by this reference. In the event of any conflict between these Terms and Conditions below and the Terms of Service, the Terms of Service shall control.

YOUR USE OF THE SERVICE IS SUBJECT TO A BINDING ARBITRATION PROVISION THAT AFFECTS YOUR RIGHTS UNDER THIS AGREEMENT WITH RESPECT TO ALL SERVICES. THIS PROVISION INCLUDES A WAIVER OF CLASS ACTIONS AND PROVISIONS FOR OPTING OUT OF ARBITRATION. A FULL COPY IS CONTAINED IN THE TERMS OF SERVICE, available at optimum.net/serviceinfo.

1. Payment of Charges: Subscriber will be billed monthly in advance for Services to be received, plus pro-rata charges, if any, for periods not previously billed. Subscriber will be billed monthly for Pay Per View, On Demand or other Services ordered where charges are based on actual usage or on orders placed during the previous month. Subscriber agrees to pay all undisputed monthly charges and all applicable fees and taxes as itemized on the Cablevision monthly bill and notify Cablevision of disputed items within thirty (30) days of receipt, or longer as provided by applicable law. Failure to pay charges billed (including checks returned for insufficient funds) may result in discontinuance of Service, the removal of all Cablevision Equipment (as defined below) and/or imposition of a late payment or service charge. If the Subscriber has more than one account (Business and/or Residential) served by Cablevision, all Cablevision provided Services at all locations may be subject to discontinuance of Service in the event any one account remains unpaid. In the event collection activities are required, an additional collection charge may be imposed.

2. Cablevision Property: All equipment, including but not limited to, any cables, wires, amplifiers, cable boxes, access cards, remotes, cable cards, battery backup units, modems, and routers distributed to and/or installed for use in the Subscriber's service location(s) by or on behalf of Cablevision ("Equipment") remains the property of Cablevision. None of the Equipment shall become a fixture. Cablevision property is intended to service and reside at the specific service location and is not to be used off premises without Cablevision authorization. Subscriber must return all Equipment upon substitution of use or termination of Service. Failure to do so will result in a charge to be determined in accordance with Cablevision's then current schedule of charges for non-returned Equipment, which amount shall be due immediately. Subscriber agrees to pay such charge whether the Equipment is lost (through theft or otherwise), damaged or destroyed.

3. Disruption of Service: All Cablevision Services are provided on an "AS IS" and "AS AVAILABLE" basis. In no event shall Cablevision be liable for any failure or interruption of Service, including without limitation those failures and interruptions resulting in part or entirely from circumstances beyond Cablevision's reasonable control. Subject to applicable law, credit with respect to Subscriber's recurring monthly subscription fee shall be given for qualifying outages of Cablevision Services.

4. Repair of Cablevision Equipment: Cablevision will repair and/or replace defective Equipment, if any, as long as such damage was not caused by misuse or other improper operations or handling by Subscriber. Cablevision is not responsible for the maintenance or repair of Subscriber-provided equipment, including but not limited to television sets, or other video equipment, computers, modems, or any other related Subscriber-provided equipment. Cablevision makes no warranties, with respect to Equipment or Service provided by Cablevision or with respect to the Equipment's compatibility with any Subscriber-provided equipment.

5. Subscriber Property: Cablevision assumes no responsibility and shall have no responsibility for the condition or repair of any Subscriber-provided equipment and/or software. Subscriber is responsible for the repair and maintenance of Subscriber-provided equipment and/or software. Cablevision is not responsible or liable for any loss or impairment of Cablevision's Service due in whole or in part to a malfunction, defect or otherwise caused by Subscriber-provided equipment and/or software.

6. Taxes: Subscriber agrees to pay any local, state or federal taxes imposed or levied on or with respect to the Services, the Equipment or installation or service charges incurred with respect to the same.

7. Care of Cablevision Property: Subscriber agrees that neither Subscriber nor any other person (except Cablevision's authorized personnel) will open, tamper with, service, make any alterations to, or remove any Equipment from the service address of initial installation. Any alteration, tampering, removal, etc. or the use of equipment which permits the receipt of Services without authorization or the receipt of Services to an unauthorized number of outlets, or to unauthorized locations constitutes theft of service and is prohibited.

8. Access to Subscriber Premises: Subscriber authorizes Cablevision and its employees, agents, contractors and representatives to access and otherwise enter the Subscriber's premises to install, inspect, maintain and/or repair the Equipment and, upon the termination of Service, to remove the same from the premises. Cablevision's failure to remove its Equipment shall not be deemed an abandonment thereof.

9. Assignment or Transfer: This Agreement and the Services and/or Equipment supplied by Cablevision are not assignable or otherwise transferable by Subscriber, without specific written authorization from Cablevision.

10. Termination of Service: Unless otherwise terminated in accordance with the terms hereof or the Terms of Service, this agreement shall automatically renew on a month-to-month basis. Subscriber acknowledges that upon such renewal all pricing is subject to change.

11. Breach of Agreement: In the event of any breach of this agreement (including the Terms of Service) by Subscriber, the failure of Subscriber to abide by the rates, rules and regulations of Cablevision, the failure of Subscriber to provide and maintain accurate registration information, or any illegal activity by the Subscriber using the Service, this agreement may be, at Cablevision's option, terminated and Cablevision's Equipment removed. Subscriber shall pay reasonable collection and/or attorney's fees to Cablevision in the event that Cablevision shall find it necessary to enforce collection or to preserve and protect its rights under this agreement.

12. Security Deposit: Any security deposit given by Subscriber for the Equipment or Cablevision's Service will be due and payable upon the first monthly billing. Such security deposits will be returned to Subscriber within sixty (60) days of termination of Cablevision's Service so long as payment has been made for all amounts due on Subscriber's account and Subscriber has returned the Cablevision Equipment undamaged.

13. Content and Services: All content, program services, program packages, number of channels, channel allocations, broadcast channels, interactive services, email, data offerings and other services are subject to change in accordance with applicable law.

14. Rates: All rates are subject to change in accordance with applicable law.

15. Late Fee: If your account is 30 days past due, a reminder message will be included on your monthly bill. If your past due balance remains unpaid, you may be charged an applicable late fee in addition to your past due balance at Cablevision's then current rate. If your account remains unpaid your Services may be disconnected. You can avoid incurring late fees by paying your monthly bill promptly. Any late fees assessed are not considered interest or penalties. Cablevision expects that you will pay for Services on a timely basis, and Cablevision does not extend credit to customers.

16. Disclaimer: Cablevision assumes no liability for any program, services, content or information distributed on or through the Services and Cablevision expressly disclaims any responsibility or liability for your use thereof. Further, Cablevision shall not be responsible for any products, merchandise or prizes promoted or purchased through the use of the Services.

17. Right to Make Credit Inquiries: You authorize Cablevision to make inquiries and to receive information about your credit experiences, including your credit report, from others, to enter this information in your file, and to disclose this information concerning you to appropriate third parties for reasonable business purposes.

18. Arbitration: Full copy available in the Terms of Service, available at optimum.net/serviceinfo.

19. Entire Agreement: These Terms and Conditions (including the Terms of Service) constitutes the entire agreement between the Subscriber and Cablevision. No undertaking, representation or warranty made by an agent or representative of Cablevision in connection with the sale, installation, maintenance or removal of Cablevision's Services or Equipment shall be binding on Cablevision except as expressly included herein.

**CENTRAL STATION MONITORED ALARM SERVICE LIMITATIONS.**
Although we will provide a wire connection so that Optimum Voice services are available for use with your existing security and fire systems, it is your responsibility to follow-up with your alarm company to confirm that they have your correct and current phone number and to perform any periodic operational tests that your central station-monitoring provider might recommend. You further understand that in the event of an outage your Optimum Voice service will not be available to contact your central station-monitoring provider.

Cablevision does not support the use of any Optimum Voice service as a connection for (i) emergency medical alert systems or (ii) all high security monitoring systems (UL 681 or similar). If you have any such systems, you must use an alternative connection.

Effective 11/1/13