

EXHIBIT B





