UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL JENSEN, individually and on behalf of all others situated;<br><br>        Plaintiff,<br>  vs.<br><br>CABLEVISION SYSTEMS CORPORATION, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:15-cv-04188<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed Affidavit of Joseph Henry Bates, III, in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Joseph Henry Bates, III, a member of the firm of Carney Bates & Pulliam, PLLC, and a member in good standing of the Bar of the State of Arkansas, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff.  There are no pending disciplinary proceedings against Mr. Bates in any State or Federal Court.

DATED: July 16, 2015                                     Respectfully submitted,

                                                         By:     /s/ Hank Bates
                                                              **CARNEY BATES & PULLIAM, PLLC**
                                                              Joseph H. "Hank" Bates
                                                              hbates@cbplaw.com
                                                              2800 Cantrell Rd., Suite 510
                                                              Little Rock, Arkansas 72202
                                                              Telephone:  (501) 312-8500
                                                              Facsimile:  (501) 312-8505

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL JENSEN, individually and on behalf of all others situated;<br><br>    Plaintiff,<br>vs.<br><br>CABLEVISION SYSTEMS CORPORATION, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:15-cv-04188<br><br>**AFFIDAVIT OF JOSEPH HENRY BATES, III IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of Arkansas )
       ) ss:
County of Pulaski )

  JOSEPH HENRY BATES, III, being duly sworn, hereby deposes and says as follows:

  1. I am a partner with the law firm of Carney Bates & Pulliam, PLLC.

  2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

  3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Arkansas.

  4. There are no pending disciplinary proceedings against me in any State or Federal court.

  5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for plaintiffs.

By: _____
**CARNEY BATES & PULLIAM, PLLC**
Joseph H. "Hank" Bates
hbates@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

NOTARIAL CERTIFICATE

STATE OF ARKASNAS        )
                         ) ss:
COUNTY OF PULASKI        )

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2015, by Joseph Henry Bates, III, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Seal                                           Signature _____

2

*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that Joseph Henry (Hank) Bates, III was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 10, 1998; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 16th day of July, 2015.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk