UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PAUL JENSEN, individually and on behalf
of all others situated,

                        Plaintiff,                        **ORDER**
                                                          CV-15-4188(LDW)(ARL)

     -against-

CABLEVISION SYSTEMS CORPORATION,
A Delaware Corporation, et al.,

                        Defendants.

----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the Court is the Plaintiff's request to modify the scheduling order. The request is granted, and the scheduling order is modified as follows:

| | |
|---|---|
| October 3, 2016: | Expert disclosures by Plaintiff |
| November 14, 2016: | Rebuttal expert disclosures by Defendant. |
| December 5, 2016: | All discovery, inclusive of expert discovery, to be concluded. |
| December 19, 2016: | Plaintiff must take the first step in the motion process for class certification. |
| January 9, 2017: | Any party planning on making a dispositive motion and/or motion *in limine* must take the first step in the motion process. |
| January ____, 2017: | Final Pretrial Conference. |

Dated: Central Islip, New York
         September ____, 2016

**SO ORDERED:**
      /s/
ARLENE R. LINDSAY
United States Magistrate Judge