**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL JENSEN, individually and on behalf of all others situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>CABLEVISION SYSTEMS CORPORATION, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>                      Defendants. | Case No. 2:15-cv-04188-LDW-GRB<br><br>**Stipulation of Voluntary Dismissal** |

      WHEREAS, on July 16, 2015, Plaintiff Paul Jensen, individually and on behalf of all others similarly situated, filed a Complaint ("Complaint") against Cablevision Systems Corporation ("Cablevision");

      WHEREAS, Plaintiff alleged in the Complaint and on behalf of the class violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("Count I"), trespass to chattels ("Count II"), unjust enrichment ("Count III"), and violation of N.Y. General Business Law § 349 ("Count IV");

      WHEREAS, Cablevision expressly reserves all rights and does not by this stipulation intend to waive any defense available to it;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective counsel of record, that Counts I, II, and III of the Complaint shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 28, 2016

| | | | |
|---|---|---|---|
| By: | /s/ *Joseph H. Bates* | By: | /s/ *Matthew D. Ingber* |

<table>
<tr><td>

**CARNEY BATES & PULLIAM, PLLC**
Joseph H. "Hank" Bates
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
hbates@cbplaw.com

**KU & MUSSMAN, P.A.**
Brian T. Ku
Louis I. Mussman
M. Ryan Casey
6001 NW 153rd St., Suite 100
Miami Lakes, Florida 33014
Telephone: (305) 891-1322
brian@kumussman.com
louis@kumussman.com
ryan@kumussman.com

**MILSTEIN ADELMAN, LLP**
Gillian L. Wade
Sara D. Avila
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
gwade@milsteinadelman.com
savila@milsteinadelman.com

*Counsel for Plaintiff*

</td><td>

**MAYER BROWN LLP**
Matthew D. Ingber
Jason I. Kirschner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
jkirschner@mayerbrown.com

Archis A. Parasharami
1999 K Street, N.W.
Washington DC, 20006-1001
Telephone: (202) 263-3000
aparasharami@mayerbrown.com


*Counsel for Defendant,*
*Cablevision Systems Corporation*

</td></tr>
</table>

So Ordered:

_____
Hon. Leonard D. Wexler

Dated: _____, 2016