UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PAUL JENSEN, individually and on behalf
of all others similarly situated,

                Plaintiff,

                                                    **JUDGMENT**
      - against -                                    CV 15-4188 (LDW)(ARL)

CABLEVISION SYSTEMS CORPORATION, a
Delaware Corporation, and DOES 1 through 100,
inclusive,

                Defendants.
-----------------------------------------------------X

       An Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on January 6, 2017, dismissing the state law claim designated as Count IV without prejudice, and directing the Clerk of the Court to close this matter, it is

       **ORDERED AND ADJUDGED** that the state law claim designated as Count IV is dismissed without prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
           January 6, 2017

                                                                DOUGLAS C. PALMER
                                                                 CLERK OF THE COURT

                                               By:     /s/ James J. Toritto
                                                             Deputy Clerk